UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Spring Siders  v. City of Brandon, Mississippi   No. 23-60381

The Clerk is requested to tax the following costs against: Spring Siders

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 8 | 79 | 0.15 | 94.8 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |

Total $ 94.8

Costs are taxed in the amount of $ _____

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of
County of Rankin _____

By _____
Deputy Clerk

I Mallory K. Bland _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 21st day of December, 2024.

_____
(Signature)

**\*SEE REVERSE SIDE FOR RULES**
**GOVERNING TAXATION OF COSTS**

Attorney for Appellee, City of Brandon, Mississippi